UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ARTURO ESTEVEZ, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

TEA LIVING, INC.,

                Defendant.

---------------------------------------------------------------x

Case No.: 1:21-cv-08960-ALC

**NOTICE OF SETTLEMENT**

Plaintiff Arturo Estevez ("Plaintiff") hereby notifies the Court that the present case has settled between Plaintiff and defendant Tea Living, Inc. ("Defendant") (collectively, the "parties"), and states as follows:

1. A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences.

DATED: January 24, 2022                **MIZRAHI KROUB LLP**

                                                              /s/ Jarrett S. Charo
                                                            JARRETT S. CHARO

- 2 -

                    EDWARD Y. KROUB
                    JARRETT S. CHARO
                    WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*