```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/1/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**ARTURO ESTEVEZ**, *Individually, and On Behalf of All Others Similarly Situated*,

                    **Plaintiff,**

        v.

**Tea Living, Inc.,**

                    **Defendant.**

---

**1:21-CV-8960-ALC**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:    Mar. 1, 2022
             New York, New York

*/s/ Andrew L. Carter, Jr.*

**ANDREW L. CARTER, JR.**
**United States District Judge**